## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KYLE O'KEEFE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )  Case No. 12-2507-RDR-KGS |
| LAWRENCE GYMNASTICS | ) |
| ACADEMY, INC. and | ) |
| DAVID SAKUMURA | ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate that all claims of Plaintiff Kyle O'Keefe against Defendants

Lawrence Gymnastics Academy, Inc. and David Sakumura have been resolved.  The parties,

therefore, stipulate that the above-captioned action commenced by Plaintiff Kyle O'Keefe

against Defendants Lawrence Gymnastics Academy, Inc. and David Sakumura should be

dismissed **WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with costs assessed

to the party incurring the same and each party to bear his or its own attorney's fees and expenses

of litigation.

**STIPULATED BY:**

  s/ *Timothy D. Resner*
Timothy D. Resner, # 25064
Frieden, Unrein & Forbes LLP
555 S. Kansas Avenue, Suite 303
Topeka, Kansas 66603
Tel: 785.354.1100
Fax: 785.354.1113
tresner@fuflaw.com
*Attorneys for Plaintiff Kyle O'Keefe*

  s/ *Eric P. Kelly*
Eric P. Kelly, #22503
Denise Portnoy, #25295
Spencer, Fane, Britt & Browne, LLP
9401 Indian Creek Pkwy
Suite 700, 40 Corporate Woods
Overland Park, Kansas 66210-0200
913.327.5160
816.474.3216 facsimile
ekelly@spencerfane.com
dportnoy@spencerfane.com
***Attorneys for Defendants Lawrence Gymnastics
 Academy, Inc. and David Sakumura***